USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MICHAEL BOHLINGER,

                    Plaintiff,                    18 **CIVIL** 5398 (JPO)

    -against-                                     **JUDGMENT**

ABBOTT LABORATORIES INC.,

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, Defendant's motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
         March 11, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                        **BY:**
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/11/2020