# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BOHLINGER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>　　　　　　　　Defendant. | Index No.: 18-cv-5398<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Michael Bohlinger hereby appeals to the United States Court of Appeals for the Second Circuit from Opinion & Order entered in this action on March 10, 2020 and the Judgment entered in this action on March 11, 2020 (Docket Nos. 44 & 45).

Dated:　April 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　JOSEPH & KIRSCHENBAUM LLP

　　　　　　　　　　　　　　　　　　　By:　　*s/Lucas C. Buzzard*_____
　　　　　　　　　　　　　　　　　　　　　　Lucas C. Buzzard
　　　　　　　　　　　　　　　　　　　　　　32 Broadway, Suite 601
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 688-5640
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 688-2548
　　　　　　　　　　　　　　　　　　　　　　Email: lucas@jk-llp.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Michael Bohlinger*